**FILED**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_Tampa_ Division

2008 MAY 20  PM 12: 39

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

John Alan DiTullio

CASE NUMBER: 8:08CV 984-T 27EAJ
(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Brian Head - Major
Captain Ferratelli, Michael
Lt. Jenkins, Stacey
Lt. Holan, Amelia

Lt. Morello, Laura

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Pasco County detention center
(Indicate the name and location)

20101 central blvd. Land O'Lakes, Fl. 34637

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✗)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)         1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                    2

    1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.    Formal Grievance (Request for Administrative Remedy or Appeal)

    1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

    2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

    4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.    Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

    1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

    2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___18___ day of ___May___, 2_008_.

_____
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? I followed the grievance proceedure correctly and appealed until exhaustion.

2. What were the results? There weren't any results

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __18th__ day of __May__, 2 __008__.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (Y)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (Y)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): __N/A__

      Defendant(s): __N/A__

   2. Court (if federal court, name the district; if state court, name the county):

      __N/A__

   3. Docket Number: __N/A__
   4. Name of judge: __N/A__
   5. Briefly describe the facts and basis of the lawsuit: __N/A__



   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      __N/A__

   7. Approximate filing date: __N/A__
   8. Approximate disposition date: __N/A__

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                                    5

N/A

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: John Alan DiTullio

   Mailing address: 20101 central blvd. Land o'Lakes, FL. 34637

B. Additional Plaintiffs: _____

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Major Brian Head

   Mailing Address: 20101 central blvd.
   Land o' Lakes, FL. 34637

   Position: Major

   Employed at: Pasco County Detention Facility

D. Defendant: Michael Ferrantelli

   Mailing Address: 20101 central blvd.
   Land o' Lakes, FL. 34637

   Position: Captain

   Employed at: Pasco County Detention Facility

DC 225 (Rev. 9/03)                                6

E. Defendant: Stacey Jenkins
   Mailing Address: 20101 central blvd.
   Land o' Lakes, FL. 34637
   Position: Lt.
   Employed at: Pasco County Detention facility

F. Defendant: Lt. Amelia Hoolan
   Mailing Address: 20101 central blvd.
   Land o' Lakes, FL. 34637
   Position: Lt.
   Employed at: Pasco County Detention facility

G. Defendant: Laura Morello
   Mailing Address: 20101 central blvd.
   Land o' Lakes, FL. 34637
   Position: Lt.
   Employed at: Pasco County detention facility

DC 225 (Rev. 9/03)

VI.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Violation of first amendment of freedom of religion. Plantiff was not permitted to recieve publications of his religious faith.

First Amendment violation by arbitary Acts of censorship abridging the freedom of speech.

VII.  STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Brian Head - Major + Captain Farinelli + Lt. Jenkins Lt. Holan + Lt. Morello, on June 6, 2006 at the Land o' Lakes detention facility, I requested a religious book, Lt. Jenkins, said that the books I was asking for were not provided from the facility, and that I would have to submit the names of the books and authors to her for consideration (see request form A-1)

I then submitted my request to her, and the

Statement of Facts, continued:

books I asked for were denied, she sent me a Online printout of the synopsis of my books. I appealed using the request form, I was then denied. (See request form A-2 + A-3) I then used the grievance proceedure, I was then asked to restate my entire issue to Lt. Holan. (See grievance B1) The book was then reconsidered and approved for recipt, but in the lengthly time it took for a revisal of their decision, I lost the means and oppurtunity to recieve this book. (see grievance 3202)

28 Feb 08, I wrote countless requests, again making sure I could purchase my religious book, as I then had means of purchasing it, but I recieved no response. I grieved the fact, and on grievance number 5322, Lt Jenkins then disapproved my religious book again. I appealed this decision as the reasoning behind the denial seemed unfair and capricious. (see Appeal)

19 Mar 08 Captain Fariatelli Answered my Appeal and nothing was done, he denied the reipt of my religious book because "it is a book designed for a Female Audience". This is untrue. See grievance # 5364    (continued)

## VII Statement of Facts (continued)

I then appealed Captain Farintelli's decision, see grievance # 5482, a meager response was provided, I appealed again, and was told I had met the exhaustion of the grievance proceedure (see grievance B-2)

Every day that goes by without my religious book is a day I suffer spiritual uncertainty. I am unable to enjoy the rights of freedom of speech.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

This defendant should be required to pay all ~~cost~~ court costs and fees, - plantiff further seeks injunctive relief, to order the pasco county jail defendants to remove the blanket ban on religious publications such as mine. - Declarator relief sought, as the defendants follow a policy which violates my constitutional rights.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __18th__ day of __May__, 2 __008__.

_____

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)                                    10